UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PISCATAWAY CENTENNIAL DEVELOPER LLC,**<br><br>*Plaintiffs*,<br>v.<br>**HH 88 CENTENNIAL LLC,**<br><br>*Defendants.* | Civil Action No. 22-5253(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff's Piscataway Centennial Developer LLC motion to remand, Dkt. No. 18;

and it appearing that Judge Hammer issued a Report and Recommendation dated February 6, 2023, in which Judge Hammer recommended that this Court grant Plaintiff's motion to remand, Dkt. No. 34; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 28th day of February, 2023,

**ORDERED** that Judge Hammer's Report and Recommendation dated February 6, 2023 is **ADOPTED** and Plaintiffs' motion is **GRANTED** and this matter shall be **CLOSED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**